■ In the Matter of the Estate of CECILIA M. WOLNER, Deceased. JOHN J. KEANE, JR., Also Known as JOHN S. KEANE, JR., Respondent; MARTA BLAZEKOVA et al., Appellants. [742 NYS2d 894] —Appeal by the objectants from a decree of the Surrogate's Court, Suffolk County (Weber, S.), dated April 3, 2001.

Ordered that the decree is affirmed, with costs, for reasons stated by Surrogate Weber at the Surrogate's Court in a decision dated February 1, 2001. Florio, J.P., Friedmann, H. Miller and Townes, JJ., concur.